# CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
708 Third Avenue – 6th Floor
New York, New York 10017

Telephone (212) 209-3933
Facsimile (212) 209-7102
Email: info@jcpclaw.com
www.jcpclaw.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 14 JAN 2011

January 13, 2011

**By Facsimile**
Chambers of Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: *Alfonso Vargas Espinoza, et. al. v. Freefoods, et. al.*
Case No.: 10cv2477 (LTS)(KNF)

Dear Judge Swain,

I am writing to request an extension of time by which the parties are to complete the settlement of this matter. The settlement provides for finality by the end of this month. As such, we respectfully ask the court to extent the prior deadline by which either party may apply to reopen the case, if necessary, to the first week of February.

Thank you for your consideration of this matter.

Respectfully,

Peter H. Cooper

cc: (with enclosure)
John Karol, Esq.
(212) 644-3344

*The provisions of the December 17, 2010, Order of Dismissal are extended through February 4, 2011.*

**SO ORDERED.**
NEW YORK, NY
Jan 13, 2011
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE